UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEGESTREET IMPORT & EXPORT (TIANJIN) CO., LTD. and JIN ZHANG,<br><br>        Plaintiffs,<br><br>    -v-<br><br>LOYALIST, LLC,<br><br>        Defendant. | 25-cv-8494 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On October 14, 2025, defendant Loyalist LLC ("Loyalist") removed this action to federal court. See ECF No. 1. Loyalist thereafter filed motions to compel arbitration and to dismiss the complaint. See ECF Nos. 5, 14. Plaintiffs CollegeStreet Import & Export (Tianjin) Co. Ltd. ("CollegeStreet") and its CEO, Jin Zhang ("Zhang"), also filed a motion to remand the action to state court. See ECF No. 12.

Upon due consideration of the parties' written submissions and oral argument heard on December 10, 2025, the Court hereby resolves the motions as follows: The Court grants defendant's motion to compel arbitration with respect to the claims brought by plaintiff Zhang but denies the motion with respect to plaintiff CollegeStreet. As to plaintiffs' motion to remand, the Court grants the motion with respect to the remaining claims, i.e., those claims brought by CollegeStreet. Accordingly, the Court need not take up the motion to dismiss.

An Opinion setting forth the reasons for this decision will issue in due course.

The Clerk of Court is respectfully directed to close the motions at docket numbers 12 and 14.

SO ORDERED.

Dated:    New York, NY
          December 19, 2025

_____
JED S. RAKOFF, U.S.D.J.