**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 COLLEGESTREET IMPORT & EXPORT
(TINAJIN) CO., LTD. and JIN
ZHANG,

                                 Plaintiffs,

              -against-

LOYALIST, LLC,

                               Defendant.
-----------------------------------------------------------------X

25 **CIVIL** 8494 (JSR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 20, 2026, defendant's motion to compel arbitration is granted as to Zhang's claims and denied as to CollegeStreet's claims. Plaintiffs' motion to remand is likewise denied as to Zhang's claims and granted as to CollegeStreet's claims. The motion to dismiss is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York

       March 23, 2026

                                      **TAMMI M. HELLWIG**

                                       _____
                                          **Clerk of Court**

**BY:** _____
                            **Deputy Clerk**